**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**ROMAIN JOSEPH**                                    **CIVIL ACTION NO. 3:18-cv-1261**

                                                                 **SECTION P**

**VS.**

                                                                 **JUDGE TERRY A. DOUGHTY**

**CITY OF FAITH HALF**                          **MAG. JUDGE KAREN L. HAYES**
**WAY HOUSE, ET AL.**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered,

together with the written objections thereto filed with this Court, and, after a *de novo* review of

the record, finding that the Magistrate Judge's Report and Recommendation is correct and that

judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Romain Joseph's

claims are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on

which relief can be granted.

MONROE, LOUISIANA, this 19th day of November, 2018.



_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**